```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO.  25-14066-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,
v.

**RUDY RAMIREZ-VICENTE,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Shaniek Mills Maynard Report and Recommendation on Change of Plea, issued December 23, 2025 [ECF No.25].

On December 19, 2026, Magistrate Judge Maynard held a Change of Plea hearing during which Defendant Ramirez-Vicente pled guilty to Count One of the Indictment [ECF No. 12]. Magistrate Judge Maynard thereafter issued this Report and Recommendation.

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 25] is **AFFIRMED AND ADOPTED.**

2. The guilty plea entered into by Defendant Rudy Ramirez-Vicente as to Count One of the Indictment is **ACCEPTED.**

CASE NO. 25-14066-CR-LEIBOWITZ

3. Defendant Ramirez-Vicente is adjudicated guilty of Count One of the Indictment, which charges Defendant with Reentry of Deported Alien in violation of 8 U.S.C. § 1326.

**DONE AND ORDERED** in the Southern District of Florida on January 12, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
    Magistrate Judge Shaniek Mills Maynard